# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-2737
_____

United States of America

*Plaintiff - Appellee*

v.

Ramon W. Ford, also known as R-Lo

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - St. Joseph
_____

Submitted: December 5, 2024
Filed: December 10, 2024
[Unpublished]
_____

Before SMITH, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Ramon W. Ford appeals after the district court[1] revoked his supervised release and sentenced him to a below-Guidelines term of imprisonment. His counsel has

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.

moved for leave to withdraw and has filed a brief challenging the substantive reasonableness of the sentence.

We conclude the district court did not abuse its discretion in imposing the sentence.  See United States v. Miller, 557 F.3d 910, 917-18 (8th Cir. 2009) (standard of review).  There is no indication that the court failed to consider a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the factors.  See 18 U.S.C. § 3583(e); United States v. Larison, 432 F.3d 921, 923 (8th Cir. 2006) (considerations for reasonableness of sentence); cf. United States v. Lazarski, 560 F.3d 731, 733 (8th Cir. 2009) (when court imposed below-Guidelines-range sentence, it was "nearly inconceivable" that it abused its discretion in not varying downward still further).

Accordingly, we grant counsel's motion to withdraw and affirm the judgment.
_____